## MARCH 19, 2004

No. 03A797. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. *v.* HILL. Application to vacate the preliminary injunction of execution of sentence of death entered by the United States District Court for the District of South Carolina on March 4, 2004, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the preliminary injunction of execution.

No. 02–1624. ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. *v.* NEWDOW ET AL. C. A. 9th Cir. [Certiorari granted, 540 U. S. 945.] Motion of Institute in Basic Life Principles, Faith and Action, et al. for reconsideration of order denying motion for leave to participate in oral argument as *amici curiae* and for divided argument [540 U. S. 1174] denied. JUSTICE SCALIA took no part in the consideration or decision of this motion.